IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02487-REB-BNB

LAUTH MANAGEMENT, LLC, an Indiana company

Plaintiff,

v.

PREMIER SPECALITY CONTRACTORS, INC., a Colorado Corporation

Defendant.

---

**ORDER**

---

This matter is set for a settlement conference on March 17, 2010, at 3:00 p.m. The defendant has indicated that it is not in a position to engage in settlement discussions at this time.

IT IS ORDERED that the settlement conference set for March 17, 2010, at 3:00 p.m., is VACATED, to be reset at the request of the parties.

Dated March 15, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge