**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02487-REB-BNB

LAUTH MANAGEMENT, LLC, an Indiana company,

 Plaintiff,

v.

PREMIER SPECIALITY CONTRACTORS, INC., a Colorado corporation,

 Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

 The matter before me is the **Stipulation For Dismissal With Prejudice** [#33] filed June 4, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That the **Stipulation For Dismissal With Prejudice** [#33] filed June 4, 2010, is **APPROVED**;

 2. That the Trial Preparation Conference set for November 12, 2010, is **VACATED**;

 3. That the jury trial set to commence November 29, 2010, is **VACATED**; and

 4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

 Dated June 7, 2010, at Denver, Colorado.

         **BY THE COURT:**

         Robert E. Blackburn
         United States District Judge